## APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 03/28/24 <br><br> ✓ First NOA in Case <br><br> ___ Subsequent NOA-same party <br><br> ✓ Subsequent NOA-new party <br><br> ___ Subsequent NOA-cross appeal <br><br> ___ Paper ROA ___ Paper Supp. <br><br> Vols: _____ <br><br> Other: _____ | **District:** <br> South Carolina <br><br> **Division:** <br> Charleston <br><br> **Caption:** <br> In Re MDL 2873 <br> The State of South Carolina v. 3M Company et al | **District Case No.:** <br> 2:18-mn-2873-RMG;2:23-cv-5979-RMG <br><br> **4CCA No(s). for any prior NOA:** <br> 24-01077, 24-01225 <br><br> **4CCA Case Manager:** <br> Emily Borneisen, Kirsten Hancock |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| | |
|---|---|
| **Confinement**-Criminal Case: <br> ___ Death row-use DP Transmittal <br> ___ Recalcitrant witness <br> ___ In custody <br> ___ On bond <br> ___ On probation <br> **Defendant Address**-Criminal Case: | **Fee Status:** <br> ___ No fee required (USA appeal)    ✓ Appeal fees paid in full    ___ Fee not paid <br> **Criminal Cases:** <br> ___ Defendant proceeded under CJA in district court. <br> ___ Defendant did not proceed under CJA in district court. <br> **Civil, Habeas & 2255 Cases:** <br> ___ Court granted & did not revoke IFP status (continues on appeal) <br> ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) <br> ___ Court never granted IFP status (must pay fee or apply to 4CCA) <br> **PLRA Cases**: <br> ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) <br> ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **District Judge:** <br> Honorable Richard Mark Gergel | |
| **Court Reporter** (list all): <br> Karen Martin <br><br><br> **Coordinator**: 803-253-3491 | **Sealed Status** (check all that apply): <br> _____ Portions of record under seal <br> _____ Entire record under seal <br> _____ Party names under seal <br> _____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record available upon request <br> ___ Additional sealed record available upon request <br> ___ Paper record or supplement available upon request <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ___ In-court hearings held – all transcript not on file <br> ___ Other: | ✓ Assembled electronic record available upon request <br> ___ Additional sealed record available upon request <br> ___ Paper record or supplement available upon request <br> ✓ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ___ In-court hearings held – all transcript not on file <br> ___ Other: |

Deputy Clerk: S. Shealy _____    Phone: 843-579-1406 _____    Date: 03/29/24 _____

02/2023