| | |
|---|---|
| **From:** | SCDdb_filingdocs_ecf_chas |
| **To:** | mcbridej@rcgov.us |
| **Cc:** | Sandra Shealy; Remy Heinen |
| **Subject:** | Re REOPENING IN DISTRICT COURT of Remand Order State of South Carolina v. 3M Company et al., 2:23-cv-05979-RMG |
| **Date:** | Wednesday, July 23, 2025 1:09:01 PM |
| **Attachments:** | Order_reopening_remanded_case.pdf |

Good afternoon,

Your court was advised previously that on February 29, 2024, an order was entered remanding the above-referenced case to your court. The case number assigned to this action in your Court is 2023-CP-40-04111.

Please be advised that on July 23, 2025, an order was entered reopening the above-referenced case in the District Court of South Carolina, for further briefing on a Motion to Remand (previously granted).

**Please confirm receipt of the order by responding to this email 'Reply All'**.

A copy of the Notice of Electronic Filing and a certified copy of the Order are attached. **The attorneys in this case are listed at the bottom of the NEF.**

If you have any questions, please do not hesitate to contact me.

Thank you.
Sincerely,



**Sandra S Shealy**
Civil/MDL Case Administrator
for Honorable Richard M Gergel
Charleston, South Carolina
Ph: 843-579-1406