# EXHIBIT C

No.

In The
# Supreme Court of the United States

---

STATE OF MARYLAND,

*Petitioner*,

v.

3M COMPANY,

*Respondent.*

---

IN RE: AQUEOUS FILM-FORMING FOAMS
PRODUCT LIABILITY LITIGATION

---

STATE OF SOUTH CAROLINA,
*ex rel. Alan M. Wilson, in his official capacity
as Attorney General of the State of South Carolina,*

*Petitioner*,

v.

3M COMPANY,

*Respondent.*

---

**APPLICATION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A PETITION FOR A WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**

---

Application to the Honorable John G. Roberts, Jr.,
as Circuit Justice for the Fourth Circuit

---

In accordance with Supreme Court Rule 13.5, Applicants the State of Maryland and the State of South Carolina request a 60-day extension of time, to and including October 27, 2025, within which to file a petition for a writ of certiorari from

1

the court of appeals' decision in the above-captioned matters.

1. The decision below is *State of Maryland v. 3M Company*, No. 24-1218, which was issued on March 7, 2025. Exhibit A. The States sought rehearing en banc, which was denied on May 28, 2025. Exhibit B. Unless extended, the States' time to seek certiorari in this Court expires August 26, 2025. *See* S. Ct. R. 13.1, 13.3. The States are filing this application at least ten days before that date. *See* S. Ct. R. 30.2. This Court's jurisdiction would be invoked under 28 U.S.C. § 1254(1). Respondent 3M Company does not object to this extension request.

2. This case concerns federal officer removal jurisdiction. By statute, "[a] civil action . . . that is commenced in a State court . . . may be removed . . . to the district court of the United States" when that action "is against or directed to . . . any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office." 28 U.S.C. § 1442(a)(1).

Each of the States filed suit in its own state court against manufacturers and sellers of products containing per- and polyfluoroalkyl substances ("PFAS") for environmental contamination caused by these chemicals. Ex. A at 4–6. Respondent 3M Company removed the suits to the United States District Courts for the District of Maryland and the District of South Carolina, respectively. Invoking 28 U.S.C. § 1442(a)(1), 3M asserted in each case that it produced aqueous film-forming foam ("AFFF"), a type of PFAS product, at the direction of the federal government. Ex. A at 4.

Both district courts ordered the cases remanded back to state court, and 3M

2

appealed to the United States Court of Appeals for the Fourth Circuit. *Id.* at 7–9. The court of appeals consolidated the cases and reversed after briefing and argument. *See id.* at 21–22. The States' petition for rehearing en banc was denied. Exhibit. B.

3.  The States intend to file a petition for a writ of certiorari, as they believe that the court of appeals "entered a decision in conflict with the decision of another United States court of appeals on the same important matter" and that the decision below raises "an important question of federal law." *See* S. Ct. R. 10(a), (c).

4.  Counsel has multiple upcoming and competing briefing deadlines and oral arguments requiring significant attention in the coming weeks. *E.g.*, *City & County of Honolulu v. Sunoco LP*, No. 1CCV-20-380 (Haw. Cir. Ct.) (summary judgment argument July 29; three summary judgment opposition briefs due August 1; an additional summary judgment opposition brief due August 18; and summary judgment hearings on September 9, 16, and 18); *Mayor & City Council of Baltimore v. B.P. P.L.C.*, No. 11 (Md.) (reply brief due August 4).

Additionally, the States intend to file a single joint petition for certiorari. The States are represented by different counsel, necessitating additional time for coordination and conferral, as well as internal review by both offices, in preparing the petition.

5.  The States therefore respectfully request a 60-day extension of the time within which to file a certiorari petition, to and including October 27, 2025. The requested extension would not prejudice 3M, which has no objection to the extension.

Respectfully submitted,

ALAN M. WILSON  
Attorney General of South Carolina

ANTHONY G. BROWN  
Attorney General of Maryland

*/s/ W. Jeffrey Young*  
W. JEFFREY YOUNG  
Chief Deputy Attorney General  
C.H. JONES, JR.  
Senior Assistant Deputy Attorney General  
JARED Q. LIBET  
Assistant Deputy Attorney General  
KRISTIN M. SIMONS  
Senior Assistant Attorney General  
DANIELLE A. ROBERTSON  
Assistant Attorney General  
P. O. Box 11549  
Columbia, SC 29211  
jyoung@scag.gov  
sjones@scag.gov  
jlibet@scag.gov  
ksimons@scag.gov  
danirobertson@scag.gov  
(803) 734-3970

*/s/ Adam D. Snyder*  
ADAM D. SNYDER  
Assistant Attorney General  
120 E. Baltimore Street, Suite 2020  
Baltimore, Maryland 21202  
adam.snyder1@maryland.gov  
(410) 767-1409

PATRICIA V. TIPON  
Assistant Attorney General  
1800 Washington Blvd, Suite 6048  
Baltimore, Maryland 21230  
patricia.tipon@maryland.gov  
(410) 537-3061

JONATHAN M. ROBINSON  
FREDERICK N. HANNA, JR.  
AUSTIN T. REED  
Smith Robinson Holler Dubose & Morgan, LLC  
3200 Devine Street  
Columbia, SC 29205  
jon@smithrobinsonlaw.com  
fred.hanna@smithrobinsonlaw.com  
austin.reed@smithrobinsonlaw.com  
(803) 704-1178

*/s/ VICTOR M. SHER*  
VICTOR M. SHER  
STEPHANIE D. BIEHL  
ASHLEY B. CAMPBELL  
MARTIN D. QUIÑONES  
PAUL M. STEPHAN  
Sher Edling LLP  
100 Montgomery St., Suite 1410  
San Francisco, CA 94104  
vic@sheredling.com  
stephanie@sheredling.com  
ashley@sheredling.com  
(628) 201-6035

4

| | |
|---|---|
| VINCENT A. SHEHEEN<br>MICHAEL D. WRIGHT<br>Savage, Royall & Sheheen, LLP<br>1111 Church Street<br>P. O. Drawer 10<br>Camden, SC 29021<br>vsheheen@thesavagefirm.com<br>mwright@thesavagefirm.com<br>(803) 432-4391 | SCOTT E. KAUFF<br>DEREK Y. SUGIMURA<br>ALEXANDER LATANISION<br>Law Offices of John K. Dema, P.C.<br>One Central Plaza<br>11300 Rockville Pike, Suite 112<br>Rockville, Maryland 20852<br>skauff@demalaw.com<br>dsugimura@demalaw.com<br>alatanision@demalaw.com<br>(301) 881-5900 |
| ALGERNON G. SOLOMONS, III<br>Speights & Solomons<br>100 Oak Street, E<br>Hampton, SC 29924<br>gsolomons@speightsandsolomons.com<br>(803) 943-4444 | JOHN D.S. GILMOUR<br>Kelley Drye & Warren LLP<br>515 Post Oak Blvd., Suite 900<br>Houston, TX 77027<br>jgilmour@kelleydrye.com<br>(713) 355-5005 |
| *Attorneys for Petitioner State of South Carolina* | MELISSA E. BYROADE<br>Kelley Drye & Warren LLP<br>Washington Harbour, Suite 400<br>3050 K Street, NW<br>Washington, D.C. 20007<br>mbyroade@kelleydrye.com<br>(202) 342-8823<br><br>*Attorneys for Petitioner State of Maryland* |

July 21, 2025



Welcome Victor M. Sher  |  Sign Out



## Summary

* Your Electronic Filing was submitted on 7/21/2025 3:48 PM.

**Extension of Time to file a Petition for Writ of Certiorari - Federal**

Petitioner:
State of Maryland , et al.
Respondent:
3M Company

U.S. Court of Appeals:
United States Court of Appeals for the Fourth Circuit
Case Number(s):
24-1218
Court of Appeals Decision Date:
3/7/2025
Did the Court of Appeals deny a timely petition for rehearing?
Yes
Rehearing Denied Date:
5/28/2025
U.S. District Court:
United States District Court for the District of Maryland

Is this a Capital Case?
No

**Attorney**
Victor M. Sher (Counsel of Record)
Party Name:
State of Maryland, et al.

Firm:
Sher Edling LLP
Address:
100 Montgomery St., Suite 1410, San Francisco, CA 94104
Phone #:
628-231-2500
Email:
VIC@SHEREDLING.COM

## Notifications

marty@sheredling.com paul@sheredling.com
ashley@sheredling.com stephanie@sheredling.com
gianna@sheredling.com alfred@sheredling.com

## Documents

Main Document - 2025-07-21 - MD SC - Application for Cert Petition Extension PDFA.pdf
Virus Scan Completed

Lower Court Orders/Opinions - Ex. A - 2025-03-07 Court - Order re Remand PDFA.pdf
Virus Scan Completed

Lower Court Orders/Opinions - Ex. B - 2025-05-28 Order Denying Motion for Rehearing en Banc PDFA.pdf
Virus Scan Completed

Proof of Service - 2025-07-16 - MD SC - POS Request for Cert Petition Extension PDFA.pdf
Virus Scan Completed

# Supreme Court of the United States