# Savage Royall & Sheheen L.L.P.
Attorneys and Counselors At Law

Robert J. Sheheen - of counsel
Moultrie B. Burns, Jr. - of counsel
William B. Cox, Jr.
Vincent A. Sheheen*
Stephen R. Smoak
Michael D. Wright
Greg B. Collins

Austin M. Sheheen**
Lucy C. Robinson**

*Certified Mediator & Arbitrator

**LICENSED IN SOUTH CAROLINA AND NORTH CAROLINA

Henry Savage, Jr., 1903-1990
Edward M. Royall, 1930-2022

1111 Church Street
Camden S.C. 29020

P.O. Drawer 10
Camden S.C. 29021

Telephone: (803) 432-4391
Facsimile:   (803) 425-4816

March 5, 2026

**Via CM/ECF Only**
The Honorable Richard M. Gergel
United States District Judge
PO BOX 835
Charleston, SC 29402

    Re:    State of South Carolina v. 3M Company, et. al.
            Civil Action No.: 2:23-cv-05979-RMG

Dear Judge Gergel:

    I hope this correspondence finds you doing well.

    On March 4, 2026, ECF No. 8887 advised Plaintiff that its joint petition with the State of Maryland for certiorari to the United States Supreme Court regarding the Fourth Circuit's decision in Maryland v. 3M Company, 130 F.4th 380 (4th Cir. 2025) was denied. Consistent with Your Honor's text order (ECF No. 7820), Plaintiff is hereby advising the Court of the United States Supreme Court's decision on its petition for certiorari.

    If you have any questions, please do not hesitate to contact the undersigned counsel.

                                    Sincerely,

                                    *s/Michael D. Wright*

cc: Counsel of Record (via CM/ECF only)